**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gharbarran Bishnath<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 Asset Backed Pass-Through Certificates, Series AEG 2006-HE1<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 18-10829 AMC |
| Gharbarran Bishnath<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 26th day of June, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on **February 5, 2018** does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
cc: See attached service list　　　　　　　　　　　　　　United States Bankruptcy Judge

Gharbarran Bishnath
7327 East Roosevelt Boulevard
Philadelphia, PA 19152

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532