United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-10829-amc
Gharbarran Bishnath                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Jun 26, 2018
                             Form ID: pdf900           Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Gharbarran Bishnath,    7327 Roosevelt Blvd.,    Philadelphia, PA 19152-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 27 2018 02:43:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2018 02:42:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 27 2018 02:43:02    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 27 2018 02:50:28
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 02:50:46     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTAL: 5


               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
             KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
              of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG
              2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
             PAUL H. YOUNG    on behalf of Debtor Gharbarran  Bishnath support@ymalaw.com,   ykaecf@gmail.com,
              paullawyers@gmail.com,pyoung@ymalaw.com
             REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
              behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series
              AEG 2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                 TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gharbarran Bishnath<br><br>                   Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG 2006-HE1 Asset Backed Pass-Through Certificates, Series AEG 2006-HE1<br><br>                   Movant | NO. 18-10829 AMC |
|     vs. | |
| Gharbarran Bishnath<br><br>                   Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br><br>                   Trustee | |

## ORDER

AND NOW, this 26th day of   June   , 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on **February 5, 2018** does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

cc: See attached service list

Ashely M. Chan
United States Bankruptcy Judge

Gharbarran Bishnath
7327 East Roosevelt Boulevard
Philadelphia, PA 19152

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532