U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  GHARBARRAN BISHNATH          :   CHAPTER 13
                                     :   BANKRUPTCY NO. 18-10829

## ORDER

AND NOW, this __17th__ day of __July__, 2018, upon consideration of the Motion to Sell Real Property, upon notice to all interested parties, and any response thereto, it is hereby:

**ORDERED** that the Debtor's Motion is **GRANTED**, and upon entry of this **ORDER**, the Debtor is authorized to sell their real property located at 7327 Roosevelt Blvd. Philadelphia, PA 19152 (the "Property"), with all liens to be paid at closing, for the sale price of $270,000.00 pursuant to the terms of a certain real estate agreement of sale dated June 11, 2018, to the buyer(s) thereunder, Xulin Dong ("Buyers"), who have been represented to be purchasing the Property at arms-length, provided that:

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers and any credits due to the Sellers from the Buyers, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, closing costs agreed to be paid on behalf of the Buyers by the Sellers, transfer taxes, and any other routine matters and/or costs of the transaction for which Sellers are responsible.          $5,778.00

2. First mortgage payoff (estimated).          $148,00.00
   First lien holder, PNC Bank, shall be satisfied in full at time of settlement.

    3. Real Estate commissions.     $13,500.00

After all distributions are made as set forth above, a disbursement in the amount of $24,470.87 shall be made payable to William Miller, Trustee, for the balance owed on debtor's Chapter 13 Plan. Payment shall be mailed to William C. Miller, Trustee, PO Box 1799, Memphis, TN 38101-1799.

The title clerk shall FAX a completed HUD-1 or settlement sheet from the closing directly to the Trustee either in advance of the closing or immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee approval, the title clerk shall proceed with closing the sale and making disbursements as set forth above.

    BY THE COURT,

    _____
    HONORABLE ASHELY M. CHAN

Copies to:

Paul H. Young, Esquire

U.S. Trustee

William Miller, Trustee

All creditors on matrix

Debtor