United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10829-amc
Gharbarran Bishnath                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 2           Date Rcvd: Jul 17, 2018
                              Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db            +Gharbarran Bishnath,    7327 Roosevelt Blvd.,    Philadelphia, PA 19152-4411
14052205      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14052206      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14072749      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,    PHILADELPHIA PA 19122-2898,
               ATTN: BANKRUPTCY DEPT, 3FL
14092620      +U.S. Bank National Association, as trustee et. al.,     PO BOX 65250,    Salt Lake, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:56      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:36
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 02:15:34
               Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 02:15:34      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052208      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 02:15:59      Capital One,
               Po Box 30281,    Salt Lake City, UT 84130-0281
14052207      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 02:15:59      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14052209      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 18 2018 02:15:48
               Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
14052210      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 18 2018 02:15:35
               Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14054597      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 02:16:00
               Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14080230      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 02:15:34
               Capital One Auto Finance, c/o AIS Portfolio Servic,     4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
14052211      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2018 02:16:29      Comenitycapital/overst,
               Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14052212      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2018 02:16:29      Comenitycapital/overst,
               Po Box 182120,    Columbus, OH 43218-2120
14052214       E-mail/Text: mrdiscen@discover.com Jul 18 2018 02:16:19      Discover Financial,    Po Box 15316,
               Wilmington, DE 19850
14058000       E-mail/Text: mrdiscen@discover.com Jul 18 2018 02:16:19      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14052213      +E-mail/Text: mrdiscen@discover.com Jul 18 2018 02:16:19      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
14092060       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:48
               LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14052215      +E-mail/Text: bk@lendingclub.com Jul 18 2018 02:17:03      Lending Club Corp,    71 Stevenson St,
               Suite 300,    San Francisco, CA 94105-2985
14052216      +E-mail/Text: bk@lendingclub.com Jul 18 2018 02:17:02      Lending Club Corp,    71 Stevenson,
               San Francisco, CA 94105-2985
14077024      +E-mail/Text: bk@lendingclub.com Jul 18 2018 02:17:03      LendingClub Corporation,
               71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
14077743      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 02:16:43      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14052687      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:16:00
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14085446       E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2018 02:16:31
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14052217       E-mail/PDF: cbp@onemainfinancial.com Jul 18 2018 02:15:58      Springleaf Financial S,
               6418 Sackett St,    Philadelphia, PA 19149
14052218      +E-mail/Text: jennifer.chacon@spservicing.com Jul 18 2018 02:17:10
               Wyrhsr Mtg/Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 25
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Linda                Page 2 of 2                   Date Rcvd: Jul 17, 2018
                               Form ID: pdf900            Total Noticed: 30

14052219        ##+Wyrhsr Mtg/Select Portfolio Servicing,    3815 South West Temple St,
                   Salt Lake City, UT 84115-4412
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG
               2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Gharbarran  Bishnath support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series
               AEG 2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   GHARBARRAN BISHNATH    :   CHAPTER 13
                                :   BANKRUPTCY NO. 18-10829

ORDER

AND NOW, this __17th__ day of __July__, 2018, upon consideration of the Motion to Sell Real Property, upon notice to all interested parties, and any response thereto, it is hereby:

**ORDERED** that the Debtor's Motion is **GRANTED**, and upon entry of this **ORDER**, the Debtor is authorized to sell their real property located at 7327 Roosevelt Blvd. Philadelphia, PA 19152 (the "Property"), with all liens to be paid at closing, for the sale price of $270,000.00 pursuant to the terms of a certain real estate agreement of sale dated June 11, 2018, to the buyer(s) thereunder, Xulin Dong ("Buyers"), who have been represented to be purchasing the Property at arms-length, provided that:

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyers and any credits due to the Sellers from the Buyers, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, closing costs agreed to be paid on behalf of the Buyers by the Sellers, transfer taxes, and any other routine matters and/or costs of the transaction for which Sellers are responsible.         $5,778.00

2. First mortgage payoff (estimated).         $148,00.00
    First lien holder, PNC Bank, shall be satisfied in full at time of settlement.

    3.   Real Estate commissions.                                         $13,500.00

After all distributions are made as set forth above, a disbursement in the amount of $24,470.87 shall be made payable to William Miller, Trustee, for the balance owed on debtor's Chapter 13 Plan. Payment shall be mailed to William C. Miller, Trustee, PO Box 1799, Memphis, TN 38101-1799.

The title clerk shall FAX a completed HUD-1 or settlement sheet from the closing directly to the Trustee either in advance of the closing or immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee approval, the title clerk shall proceed with closing the sale and making disbursements as set forth above.

                                      BY THE COURT,

                                      _____
                                      HONORABLE ASHELY M. CHAN

Copies to:

Paul H. Young, Esquire

U.S. Trustee

William Miller, Trustee

All creditors on matrix

Debtor