United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10829-amc
Gharbarran Bishnath                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Aug 21, 2018
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.
db              +Gharbarran Bishnath,    7327 Roosevelt Blvd.,    Philadelphia, PA 19152-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
      of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG
      2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
      PAUL H. YOUNG    on behalf of Debtor Gharbarran  Bishnath support@ymalaw.com,   ykaecf@gmail.com,
      paullawyers@gmail.com,pyoung@ymalaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
      behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series
      AEG 2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                                    TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GHARBARRAN BISHNATH        :  CHAPTER 13
                                  :
     Debtor                       :  BANKRUPTCY NO. 18-10829

## ORDER TO ALLOW COUNSEL FEES

AND NOW, this **21st** day of **August**, 2018, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:   $3,500
Total paid by Debtor prepetition:   $1,000
($2,500 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,000 which was paid by the Debtor(s) prepetition.**

Date: **August 21, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor

Debtor