United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10829-amc
Gharbarran Bishnath                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2                  Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db             +Gharbarran Bishnath,    11904 Farwell Road,    Philadelphia, PA 19154-3419
14052205       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
14052206       +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
14077024       +LendingClub Corporation,    71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
14072749       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,    PHILADELPHIA PA 19122-2898,
                 ATTN: BANKRUPTCY DEPT, 3FL
14092620       +U.S. Bank National Association, as trustee et. al.,     PO BOX 65250,    Salt Lake, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.ebn@americaninfosource.com Dec 14 2018 03:14:13
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:23     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052208       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:48     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
14052207       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:46     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14052209       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 14 2018 03:13:29
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14052210       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 14 2018 03:13:29
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
14054597       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:13:25
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14080230       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:13:49
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14052211       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 03:11:12     Comenitycapital/overst,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14052212       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 03:11:12     Comenitycapital/overst,
                 Po Box 182120,    Columbus, OH 43218-2120
14052214        E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14058000        E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Bank,
                 Discover Products Inc,    PO BOX 3025,    New Albany, OH  43054-3025
14052213       +E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14092060        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 03:14:19     LVNV Funding, LLC .,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14052215       +E-mail/Text: bk@lendingclub.com Dec 14 2018 03:12:49     Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
14052216       +E-mail/Text: bk@lendingclub.com Dec 14 2018 03:12:49     Lending Club Corp,    71 Stevenson,
                 San Francisco, CA 94105-2985
14077743       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 03:11:53     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14175029        E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 03:14:07     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14052687       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:29:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14085446        E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2018 03:11:18
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14052217        E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 03:13:42     Springleaf Financial S,
                 6418 Sackett St,    Philadelphia, PA 19149
14052218       +E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2018 03:13:08
                 Wyrhsr Mtg/Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 25
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Dec 13, 2018
                               Form ID: 138NEW           Total Noticed: 31

14052219      ##+Wyrhsr Mtg/Select Portfolio Servicing,    3815 South West Temple St,
                Salt Lake City, UT 84115-4412
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:

```
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AEG
           2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Gharbarran  Bishnath support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on
           behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series
           AEG 2006-HE1 Asset Backed Pass-Through Certificates, Seri bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gharbarran Bishnath

       Debtor(s)

Bankruptcy No: 18−10829−amc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                      For The Court
                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 12/13/18

                                        46 − 45
                                     Form 138_new